UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Leo Leal Daboub Sr.<br><br>Defendant. | CASE NO. 00-cr-0442-K<br><br>APPLICATION AND ORDER TO CLARIFY RESTITUTION ORDERED ON ORIGINAL JUDGEMENT |

**APPLICATION**

The Clerk of Court has received and is ready to begin the process to disburse funds to the victims listed on defendant's Judgement filed on November 1, 2001.

The "Judgment In A Criminal Case" orders the defendant to pay restitution in the amount of $69,781.32 (jointly and severally with his wife) to the following victims. The victim list totals $64,781.32, which is the amount the defendant's wife was ordered to pay in her Judgement dated December 5, 2001. It appears that a typographical error occurred on Mr. Daboub's Judgement given the list of victims he is ordered to pay only adds up to $64,781.32.

The result is that the total amount owed to the victims is less than the restitution ordered. This makes disbursement impossible without further guidance from the court.

To facilitate the disbursement of the funds on hand and any future funds received, we propose the following:

> - The Court finds that it was the Court's intent that the restitution the defendant was ordered to pay the victims should have been $64,781.32, which is the amount he owes jointly and severally with his wife, Maria Daboub and which is the total of the victim's list attached to his original Judgement in a Criminal Case. The restitution ordered, due to an apparent typographical error, is to be reduced to $64,781.32. All other parts of the Judgement in Criminal Case remain the same.

The Clerk of Court respectfully requests the Court's clarification so the distribution of funds can be made in accordance with the Court's intent.

**ORDER**

Good cause appearing and to clarify the Court's intent in the original Judgment, the Court Orders the Clerk of Court to disburse restitution as follows:

The Court finds that it was the Court's intent that the restitution the defendant was ordered to pay the victims should have been $64,781.32, which is the amount he owes jointly and severally with his wife, Maria Daboub and which is the total of the victim's list attached to his original Judgement in a Criminal Case. The restitution ordered, due to an apparent typographical error, is to be reduced to $64,781.32. All other parts of the original Judgement in Criminal Case remain the same.

_12/26/08_
Date

_Irma E. Gonzalez_
Hon. Irma E. Gonzalez
Chief Judge
United States District Court